UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-675-MOC-DSC

| | |
|---|---|
| DIANE ARCHIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ARBON EQUIPMENT ) | |
| CONSTRUCTION, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on its own motion following a hearing on Defendant's Summary Judgment Motion.

Before ruling on the summary judgment motion, the Court orders the parties to present additional briefing on the limited issue of Defendant's arguments regarding the Faragher/Ellerth affirmative defense.

Defendant shall file a brief on this issue within 20 days. Plaintiff shall then have 10 days in which to file a response brief. Briefs shall not exceed 15 pages and shall be limited to the issue of the Faragher/Ellerth affirmative defense.

**IT IS SO ORDERED**.

Signed: October 22, 2021

Max O. Cogburn Jr
United States District Judge